IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WARREN STEPHENS AND HARRY C. ERWIN III,
AS TRUSTEES OF THE JACKSON T. STEPHENS
CHARITABLE GOLF TOURNAMENT TRUST                    PLAINTIFFS

V.                          4:08CV00649 JMM

FAIR ISAAC CORPORATION                              DEFENDANT

## ORDER OF DISMISSAL

Pursuant to the Motion to Dismiss and Stipulation of Dismissal (Docket #7), the Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of October 2008.

_____
UNITED STATES DISTRICT JUDGE